Amir J. Goldstein, Esq. (SBN: 255620)
ajg@consumercounselgroup.com
The Law Offices of Amir J. Goldstein, Esq.
7304 Beverly Boulevard, Suite 212
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AREZ ROZEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDIA, INC., JPMORGAN CHASE BANK, N.A. and DOES 1 through 10 inclusive,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:25-cv-01125-AGR<br><br>**NOTICE OF SETTLEMENT, as to DEFENDANT JPMORGAN CHASE BANK, N.A., only** |

     **NOTICE IS HEREBY GIVEN** that the instant matter between the

Plaintiff AREZ ROZEN and the Defendant JPMORGAN CHASE BANK, N.A.

has been resolved.  Plaintiff anticipates filing a Stipulation of Dismissal pursuant to

Federal Rule of Civil Procedure 41(a)(1) within 35 days.  Plaintiff request that the

Court set a deadline of September 4, 2025 for filing a Stipulation of Dismissal.


Dated: July 31, 2025                    Respectfully Submitted,

                                         /s/ Amir J. Goldstein
                                        Amir J. Goldstein
                                        Attorney for Plaintiff