Amir J. Goldstein, Esq. (SBN 255620)
ajg@consumercounselgroup.com
The Law Offices of Amir J. Goldstein, Esq.
7304 Beverly Blvd., Suite 212
Los Angeles, CA 90036
Tel: 323.937.0400
Fax: 866.288.9194

Attorney for Plaintiff

```
IT IS SO ORDERED.
DATED: August 25, 2025
        Alicia G. Rosenberg
UNITED STATES MAGISTRATE JUDGE
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZ ROZEN, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>EXPEDIA, INC., JPMORGAN CHASE BANK, N.A. and DOES 1 through 10 inclusive,<br><br>       Defendants. | Case No.: 2:25-cv-01125-AGR<br><br>STIPULATION OF DISMISSAL, as to DEFENDANT JPMORGAN CHASE BANK, N.A. |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients that pursuant to Rule 41(a)(1), Plaintiff's causes of action against Defendant, JPMORGAN CHASE BANK, N.A., are dismissed with prejudice.

///
///
///
///
///

Stipulation of Dismissal

///

Each party shall bear its own costs and attorneys' fees.

Dated:  August 22, 2025                    Respectfully Submitted,

                                           THE LAW OFFICES OF AMIR J.
                                           GOLDSTEIN, ESQ.

                                           /S/ Amir J. Goldstein
                                           _____
                                           Amir J. Goldstein
                                           Attorney for Plaintiff


Dated: August 22, 2025                     MORGAN LEWIS AND BOCKIUS LLP

                                           /S/ Arjun P. Rao
                                           _____
                                           Thomas F. Landers
                                           Attorney for Defendant
                                           JPMorgan Chase Bank, N.A.